
FILED
DEC 22 2016
Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | Case No. CR-16-78-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER ALLOWING FILING OF DOCUMENT UNDER SEAL |
| SCOTT FRANKLIN HARDIN, | |
| Defendant. | |

Upon Defendant's Motion to File Document Under Seal (Doc. 28), and good cause appearing,

IT IS HEREBY ORDERED that the Defendant's Psychological Evaluation is filed under seal.

The Clerk of the Court is to notify counsel of the making of this Order.

DATED this 22nd day of December, 2016.

Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1